UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>    Plaintiff,<br><br>    v.<br><br>M.E. SPEARMAN, et al.,<br><br>    Defendants. | No. 2:18-cv-0319 AC P<br><br><br>ORDER |

By order filed July 8, 2019, this case was referred to the Post-Screening ADR Project and the case was stayed for 120 days. ECF No. 21. A settlement conference was held on October 16, 2019, and the parties did not reach an agreement. ECF No. 27.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, commenced July 8, 2019 (ECF No. 21), is LIFTED.

2. Within twenty-one days of the filing of this order, defendant shall file a response to the complaint.

DATED: November 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE