UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0319 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Currently before this court is plaintiff's request for another settlement conference. ECF No. 34.

The parties initially participated in a settlement conference before Judge Newman on October 16, 2019, as part of the Post-Screening ADR Project. ECF No. 27. However, the case did not settle at that time. Id. Before the court determines whether to send this case for another settlement conference, defendant shall be required to notify the court whether he believes a settlement conference would be beneficial at this time.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of service of this

////

////

////

1

order, defendant shall notify the court whether he believes a settlement conference would be beneficial at this time.

DATED: March 25, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE