UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>        Plaintiff,<br><br>    v.<br><br>M.E. SPEARMAN, et al.,<br><br>        Defendants. | No. 2:18-cv-0319 AC P<br><br><br>ORDER |

    After plaintiff requested that the court set this case for a second settlement conference, ECF No. 34, defendant was ordered to advise the court whether he believed a settlement conference would be beneficial at this time, ECF No. 37. Defendant has now responded that he does not believe a second settlement conference would be beneficial at this time. ECF No. 40. The request for a settlement conference will therefore be denied. Plaintiff is still free to discuss possible settlement with defendant's counsel without a settlement conference. However, any such communications should not be filed with the court.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a second settlement conference, ECF No. 34, is denied.

DATED: April 10, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE