IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SAMUEL SALDANA,**

                    Plaintiff,

    v.

**SPEARMAN, et al.,**

                    Defendant.

Case No. 2:18-cv-0319 AC P

[PROPOSED] ORDER

The Court, having considered Defendant Passwaters' motion to modify the discovery and scheduling order, and good cause having been shown:[1]

**IT IS ORDERED:** Defendant's motion is granted. Discovery will close on August 4, 2020, and the deadline to file dispositive motions is October 27, 2020.

DATED: June 3, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant requests the extension due to the inability to take plaintiff's deposition in person or by video. In light of the circumstances, so long as plaintiff remains incarcerated, defendant may also conduct his deposition by telephone.