UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>  Plaintiff,<br><br> v.<br><br> M.E. SPEARMAN, et al.,<br><br>  Defendants. | No. 2:18-cv-0319 AC P<br><br><br> ORDER |

Plaintiff has filed a motion for a thirty-day extension of time, explaining that he needs additional time to prepare for his deposition and conduct legal research. ECF No. 45. However, he has not stated the date on which his deposition is scheduled and, based upon defendant's recent request to modify the scheduling order (ECF No. 43), it does not appear a deposition is currently scheduled. Furthermore, plaintiff's assertion that he needs additional time to conduct legal research is insufficient to identify what deadline he wants extended and the court recently extended both the discovery and dispositive motions deadlines (see ECF No. 44). The motion for extension will therefore be denied. If plaintiff chooses to file another motion for extension of time, he must explain what deadline he wants extended.

////

////

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time
2 (ECF No. 45) is denied.
3 DATED: June 9, 2020

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE