IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL SALDANA,** | Case No. 2:18-cv-00319 AC |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **SPEARMAN, et al.,** | |
| Defendant. | |

The court, having considered defendant's motion to modify the discovery and scheduling order, and good cause having been shown:

**IT IS ORDERED:** Defendants' motion is granted. The deadline for defendant to take plaintiff's deposition is December 8, 2020, and the deadline to file dispositive motions is February 26, 2021.

DATED: October 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE