UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　Defendants. | No.  2:18-cv-0319 AC P<br><br><br>ORDER |

After plaintiff requested that the court set this case for a second settlement conference, ECF No. 50, defendant was asked to advise the court whether he believed a settlement conference would be beneficial at this time, ECF No. 51.  Defendant has now responded that he does not believe a second settlement conference would be beneficial at this time. ECF No. 52.  The motion for a settlement conference will therefore be denied.  Plaintiff is free to discuss possible settlement with defendant's counsel in the future, without a settlement conference, although defendant is not required to engage in settlement negotiations.  Any communications between the parties about settlement options should not be filed with the court.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a second settlement conference, ECF No. 50, is denied.

DATED: December 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE