UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>        Plaintiff,<br><br>      v.<br><br>M.E. SPEARMAN, et al.,<br><br>        Defendants. | No. 2:18-cv-0319 AC P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting that he be provided with a complete copy of his deposition transcript. ECF No. 61. As the court previously explained, ECF No. 60, defendant is not required to provide plaintiff with a complete copy of his deposition and the court will not order him to do so. If plaintiff wants a complete copy of his deposition, he will need to contact the court reporter who transcribed the deposition and pay any applicable costs to the court reporter.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a copy of his deposition, ECF No. 61, is DENIED.

DATED: April 5, 2021

                                        /s/ Allison Claire<br>
                                        ALLISON CLAIRE<br>
                                        UNITED STATES MAGISTRATE JUDGE