UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA, | No. 2:18-cv-0319 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| M.E. SPEARMAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  By findings and recommendations filed October 13, 2021, the undersigned recommended that defendant's motion for summary judgment be denied.  ECF No. 69.  The findings and recommendations have now been adopted in full, ECF No. 73, and this case is ready to proceed to trial.  However, the court has determined that this case would benefit from a settlement conference before pretrial and trial dates are set.  Therefore, this case will be scheduled for a settlement conference.  Under Local Rule 270(b), because the undersigned is not the trial judge, the undersigned may conduct the settlement conference, "except that, at the time the settlement conference is scheduled or as otherwise ordered by the Court, any party may request that the conference not be conducted by the assigned Magistrate Judge."

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the service of this order, any party may request that the settlement conference be conducted by a magistrate judge

1

other than the undersigned.  If no party requests a different magistrate judge, a settlement conference will be scheduled before the undersigned.

DATED: January 10, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE