UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA, | No. 2:18-cv-0319 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| M.E. SPEARMAN, et al., | |
| Defendants. | |

By order filed January 10, 2022, the court determined that this case would benefit from a settlement conference before pretrial and trial dates were set, and gave the parties fourteen days to request that a magistrate judge other than the undersigned conduct the settlement conference. ECF No. 74. Defendant has now requested that a different magistrate judge conduct the settlement conference. ECF No. 56. Therefore, this case will be referred to Magistrate Judge Jeremy D. Peterson to conduct a settlement conference. A separate order scheduling the settlement conference and an order and writ of habeas corpus ad testificandum for plaintiff's appearance will issue at a later date.

IT IS SO ORDERED.

DATED: January 25, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE