UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　Defendants. | No. 2:18-cv-0319 KJM AC P<br><br>ORDER APPOINTING COUNSEL |

　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff filed a Motion to Appoint Counsel. ECF No. 86. The court finds the appointment of counsel for plaintiff warranted and will grant plaintiff's motion. Justin A. Palmer has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is GRANTED and Justin A. Palmer is appointed as plaintiff's counsel in the above titled matter.

2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order on Justin A. Palmer, Filer/Palmer LLP, 249 E. Ocean Blvd., Suite 501, Long Beach, CA 90802.

DATED: July 12, 2022.

CHIEF UNITED STATES DISTRICT JUDGE