UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA,<br><br>         Plaintiff,<br><br>   v.<br><br>M.E. SPEARMAN, et al.,<br><br>         Defendant. | No.  2:18-cv-0319 DAD AC P<br><br><br>ORDER |

This case has been referred to the undersigned for a settlement conference.  ECF No. 95. Under Local Rule 270(b), because the undersigned is not the trial judge, the undersigned may conduct the settlement conference "except that, at the time the settlement conference is scheduled or as otherwise ordered by the Court, any party may request that the conference not be conducted by the assigned Magistrate Judge."  The parties will therefore be given an opportunity to request a settlement conference judge other than the undersigned before a settlement conference is scheduled.

Accordingly, IT IS HEREBY ORDERED that within ten days of the filing of this order, any party may request that the settlement conference be conducted by a magistrate judge other

////

////

////

1

than the undersigned. If no party requests a different magistrate judge, a settlement conference will be scheduled before the undersigned.

DATED: October 5, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE