# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SALDANA, | Case No.:  2:18-cv-00319-DJC-AC (PC) |
| Plaintiff, | |
| v. | **ORDER** |
| M.E. SPEARMAN, ET AL., | |
| Defendants. | |

Before the Court is the parties' Joint Status Report, ECF No. 123.  Therein, the parties propose a trial date of April 7, 2025 and request that the matter be set for a further settlement conference prior to trial.  The Court is set to try another matter during that time, and consequently, cannot accommodate the parties proposed trial date.  However, the Court is available to try the present matter the following week.  As such, the Court RESETS the Jury Trial for **4/14/2025 at 8:30 AM** in Courtroom 10 and RESETS the Final Pretrial Conference for **2/13/2025 at 1:30 PM** via videoconference.  Both matters will be held before District Judge Daniel J. Calabretta.  The associated pretrial deadlines, previously vacated on 7/16/2024 (ECF No. 121), will be reset at the Final Pretrial Conference.

The Court GRANTS the parties request and REFERS this case to Magistrate Judge Jeremy D. Peterson for further settlement proceedings.  Within seven (7) days, the parties shall contact Judge Peterson's Courtroom Deputy, Nic Cannarozzi, via e-mail, at ncannarozzi@caed.uscourts.gov, to obtain available dates for a settlement conference.

This case schedule will become final without further order of the Court unless objections are filed within fourteen (14) days after entry of this order.  The schedule, once final, shall not be modified except by leave of the Court upon showing of good cause.

IT IS SO ORDERED.

Dated:  September 4, 2024                    /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE